BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorney
Acting Chief, Public Corruption and
Civil Rights Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8452
    Facsimile: (213) 894-0141
    E-mail:   thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-cr-00751-MWC |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| v. | |
| JOSEPH BENZA, III, | |
| Defendant. | |

    Plaintiff, United States of America, hereby advises the Court that the above-captioned criminal case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-mail Address |
|---|---|---|
| Previously Assigned AUSA | Cassie D. Palmer | cassie.palmer@usdoj.gov |
| Newly Assigned AUSA | Thomas Rybarczyk | thomas.rybarczyk@usdoj.gov |

    Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-

assigned AUSA's name is associated with this case as attorney of record for the United States and that the AUSA receives all e-mails relating to filings in this case.

Dated: May 15, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                      United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        */s/ Thomas F. Rybarczyk*
                                        THOMAS F. RYBARCZYK
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA