BILAL A. ESSAYLI
United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
THOMAS F. RYBARCZYK (Cal. Bar No. 316124)
Assistant United States Attorney
Acting Chief, Public Corruption
and Civil Rights Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-8452
     Facsimile:  (213) 894-0141
     E-mail:     thomas.rybarczyk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 24-751-MWC |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT JOSEPH BENZA, III |
| v. | |
| JOSEPH BENZA, III, | **CURRENT SENTENCING HEARING:** July 25, 2025 at 10:00 a.m. |
| Defendant. | **[PROPOSED] SENTENCING HEARING:** February 27, 2026 at 10:00 a.m. |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorneys Thomas F. Rybarczyk, and defendant JOSEPH BENZA, III, ("defendant"), both individually and by and through his counsel of record, Edward M. Robinson and Tom Yu, hereby stipulate and jointly request that the Court continue defendant's currently-scheduled July 25, 2025 sentencing hearing to February 27, 2026, at 10:00 a.m.  In support of their request, the government and defendant hereby stipulate as follows:

1.   On January 17, 2025, defendant pled guilty pursuant to a plea agreement with the government to a single-count information in <u>United States v. Joseph Benza, III</u>, CR 24-751-MWC, which charged defendant with Deprivation of Rights Under Color of Law, in violation of 18 U.S.C. § 242.  As part of his plea agreement, defendant agreed to cooperate in the government's ongoing criminal civil rights and obstruction investigation.  Defendant's cooperation may include a request for him to provide truthful and complete testimony at any proceeding or trial.

2.   The government's investigation referenced above remains ongoing.  Should the government charge certain individuals connected to that investigation, the government may call defendant as a witness at such a trial.

///
///
///
///
///
///
///
///
///
///
///

3.    For these reasons, the parties jointly request that the Court continue defendant's currently scheduled sentencing date to February 27, 2026, at 10:00 a.m.

IT IS SO STIPULATED.

Dated: June 18, 2025                        Respectfully submitted,

                                            BILAL A. ESSAYLI
                                            United States Attorney

                                            CHRISTINA T. SHAY
                                            Assistant United States Attorney
                                            Chief, Criminal Division


                                            */s/ Thomas F. Rybarczyk*
                                            THOMAS F. RYBARCZYK
                                            Assistant United States Attorney

                                            Attorneys for Plaintiff
                                            UNITED STATES OF AMERICA


Dated: June 18, 2025                        */s/ via email authorization*
                                            EDWARD M. ROBINSON

                                            Attorney for Defendant
                                            JOSEPH BENZA, III

3